# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS FINANCIAL SERVICES, INC., <br><br>                              Petitioner, <br>   v. <br>FRANCISCO MARTIN, <br><br>                              Respondent. | NO. 13-CV-1498-MMA(DHB) <br><br> NOTICE |

Prior to filing the pending motion to confirm FINRA arbitration, Petitioner called the undersigned's chambers and obtained an August 19, 2013, hearing date. This date was issued in error. The Court will schedule the motion for hearing when Respondent makes an appearance. Accordingly, the motion will not be heard on August 19, 2013.

**IT IS SO ORDERED.**

DATED: July 8, 2013

Hon. Michael M. Anello
United States District Judge

- 1 -                                                                                                         13CV1498