

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS Financial Services Inc. | |
| | Civil Action No. 13-cv-1498-MMA-DHB |
| Plaintiff, | |
| V. | |
| Francisco Martin | **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Clerk shall enter Judgment in favor of Petitioner in the amount of $117,617.50 in damages consistent with the arbitration award. Petitioner is entitled to prejudgment interest in the amount of $6,499.44 and post-judgment interest in accordance with 28 U.S.C. § 1961. The Court Denies without prejudice Petitioner's request for attorneys' fees on the current record before the Court.

Date:  5/23/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ V. Mosqueda

V. Mosqueda, Deputy